UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHANELLE LAWSON INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br>Plaintiff, <br><br>v. <br><br>MED-1 SOLUTIONS, LLC, JOHN DOES 1-25, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:20-cv-00826-TWP-DLP |

### ORDER

This matter has come before the Court on motion of Raphael Deutsch of Stein Saks, PLLC seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Plaintiff, Chanelle Lawson, in the above-styled cause only, Dkt. [2]. Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

Raphael Deutsch
STEIN SAKS, PLLC
285 Passaic Street
Hackensack, New Jersey 07601
Phone: (201) 282-6500 ext. 107
Fax: (201) 282-6501
rdeutsch@steinsakslegal.com

So ORDERED.

Date: 3/17/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.