UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------------------x
Chanelle Lawson, individually and on behalf of all others similarly situated;

                        Plaintiff,

    -v.-

Med-1 Solutions, LLC and John Does 1-25.

                        Defendants.
---------------------------------------------------------------------------x

Civil Action No:
1:20-cv-826

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 16th day of November, 2020

                                            */s/Raphael Deutsch*
                                            Raphael Deutsch, Esq.
                                            **Stein Saks, PLLC**
                                            285 Passaic Street
                                            Hackensack, NJ 07601
                                            Ph: 201-282-6500
                                            rdeutsch@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 16, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            */s/ Raphael Deutsch*
            Raphael Deutsch, Esq.