UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHANELLE LAWSON, Individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff | ) ) | CASE NO. 1:20-cv-826-TWP-DLP |
| vs. | ) ) | |
| MED-1 SOLUTIONS, LLC and JOHN DOES 1-25 | ) ) ) | |
| Defendants | ) ) | |

## ORDER OF DISMISSAL, WITH PREJUDICE

Upon all parties' Stipulation of Dismissal of this action, it is ordered that the above entitled cause be dismissed, with prejudice, costs paid, as to all claims, in that all matters of controversy have been fully compromised and settled.

Date: 1/14/2021

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Counsel of Record

1